UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DANIEL BALDWIN, )<br>    Defendant )  | M.B.D. Case No. 17-mc-91153 |

## ORDER OF CONTINUANCE AND EXCLUDABLE DELAY

Upon consideration of the parties' joint motion seeking an order of continuance and excludable delay, the Court finds as follows:

1. The defendant has been charged by criminal complaint in <u>United States v. Daniel Baldwin</u>, No. 17-MJ-5105-JGD. The parties have been engaged in further discussions regarding the possible resolution of this matter, which will likely result in a plea agreement and obviate the need for an indictment, and the requested continuance of the time in which an indictment or information must be filed will permit defense counsel to adequately confer with the defendant and allow the parties to further discuss and finalize the terms of any agreement, before the government is required to seek an indictment or information.

2. Accordingly, the ends of justice served by granting the requested continuance, and excluding the time period from July 28, 2017 through and including August 25, 2017 from the speedy trial clock, outweigh the best interests of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts (effective December 2008).

Accordingly, the Court hereby grants the parties' joint motion and **ORDERS** that, pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A) of the *Plan*

*for Prompt Disposition of Criminal Cases*, (1) the date on which an indictment or information must be filed is continued to July 14, 2017; and (2) the period from June 14, 2017 through and including July 28, 2017 is excluded from the speedy trial clock and from the time within which an indictment or information must be filed.

/s/ F. Dennis Saylor
_____
**F. DENNIS SAYLOR IV**
**UNITED STATES DISTRICT COURT JUDGE**

8-1-17